```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
THE LEUKEMIA & LYMPHOMA SOCIETY, INC.,

                Plaintiff,

      - against -

THE WALTER AND ELIZA HALL INSTITUTE OF             ORDER
MEDICAL RESEARCH
                                            22 Civ. 10690 (NRB)
                Defendant.
--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the parties' pre-motion letters, dated August 31, 2023 and September 6, 2023, the Court has determined that defendant may bring its motion without the necessity of a pre-motion conference.

The parties should confer on a briefing schedule agreeable to both sides, in which no more than sixty days elapse from the filing of defendant's motion to the filing of defendant's reply.

**SO ORDERED.**

Dated:   New York, New York
         September 13, 2023

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

1