```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
THE LEUKEMIA & LYMPHOMA SOCIETY, INC.,

                    Plaintiff,

        - against -                          ORDER

THE WALTER AND ELIZA HALL INSTITUTE OF        22 Civ. 10690 (NRB)
MEDICAL RESEARCH,

                    Defendant.
-------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Having reviewed the pre-motion letters submitted by The Leukemia & Lymphoma Society, Inc. ("plaintiff") and The Walter and Eliza Hall Institute of Medical Research ("defendant"), dated December 19, 2025 and December 24, 2025, the Court has determined that the parties may bring their motions without the necessity of a pre-motion conference.

The parties should confer on a briefing schedule agreeable to both sides. Given that the parties propose filing cross-motions for summary judgment, a four brief schedule should be utilized. Further, given that defendant bears the burden of proof on the statute of limitations issue, defendant should file the initial brief. Finally, no more than 75 days should elapse from the filing of defendant's motion to the filing of plaintiff's reply in support of its own motion.

1

**SO ORDERED.**

Dated:    New York, New York
          January 30, 2026

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE